THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAX WURZ, | CASE NO. C23-1480-JCC |
| Plaintiff, | |
| v. | MINUTE ORDER |
| WALMART STORES, INC., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery cut-off (Dkt. No. 15). Finding good cause, the motion is GRANTED. The discovery cut-off date is extended to June 30, 2024. All other dates in the Court's scheduling order (Dkt. No. 14) remain unchanged.

DATED this 15th day of April 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk