THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAX WURZ,

           Plaintiff,

     v.

WALMART STORES, INC., *et al.*,

           Defendants.

CASE NO. C23-1480-JCC

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

      This matter comes before the Court on the parties' stipulated motion to allow depositions to take place after the discovery deadline (Dkt. No. 18). Finding good cause, the motion is GRANTED. The depositions outlined in the parties' stipulation, (*see id.* at 2), may be taken after the discovery cut-off date of June 30, 2024. All other dates in the Court's scheduling order (Dkt. No. 14) and subsequent minute order (Dkt. No. 16) remain unchanged.

      DATED this 28th day of June 2024.

Ravi Subramanian
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C23-1480-JCC
PAGE - 1