THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAX WURZ,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALMART STORES, INC., *et al.*,<br><br>　　　　　Defendants. | CASE NO. C23-1480-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for dismissal and proposed order (Dkt. No. 22). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED. The Clerk is DIRECTED to close this case.

//

//

//

MINUTE ORDER
C23-1480-JCC
PAGE - 1

DATED this 15th day of August 2024.

          Ravi Subramanian
          Clerk of Court

          s/Kathleen Albert
          Deputy Clerk